JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN FLETCHER, | CV 10-3250 FMO (DTB) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| C/O J.R. OLMEDA, et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: January 30, 2013.

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE